FILED

FEB 17 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DE-YI ZHENG,<br>1553 9th Street, N.W.<br>Washington, D.C. 20001,<br><br>　　　Plaintiff,<br><br>v.<br><br>ALEJANDRO SORIANO<br>5114 Bradley Blvd.<br>Chevy Chase, MD 20815,<br><br>TRAVELERS INSURANCE<br>COMPANY,<br>One Tower Square<br>Hartford, Connecticut 06183,<br><br>and<br><br>NESTOR SANTOVAL,<br>Takoma Park, Maryland.<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Case No. _____<br>)<br>)<br>)　CASE NUMBER 1:06CV00291<br>)<br>)　JUDGE: Gladys Kessler<br>)<br>)　DECK TYPE: General Civil<br>)<br>)　DATE STAMP: 02/17/2006<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

JURY ACTION

## NOTICE OF REMOVAL

Defendants Alejandro Soriano ("Mr. Soriano") and The Standard Fire Insurance Company ("Standard Fire"), incorrectly named in the complaint as Travelers Insurance Company, by their respective undersigned counsel, pursuant to 28 U.S.C. § 1446, hereby remove this action from the Superior Court for the District of Columbia to the United States District Court for the District of Columbia. The grounds for removal are:

1. Plaintiff De-Yi Zheng brought this action in the Superior Court for the District of Columbia against Mr. Soriano, Standard Fire, and Nestor Sandoval (incorrectly named as "Nestor Santoval"). That action is captioned *De-Yi Zheng v. Alejandro Soriano et al.*, Civil Action No. 06-0000337, and is referred to hereinafter as the "Superior Court Action." True and correct copies of the Summons, Complaint, and Initial Order in the Superior Court Action are attached hereto as Exhibit A. No other process, pleadings, orders, or papers have been served in the Superior Court Action.

2. Mr. Zheng served Standard Fire by certified mail, postmarked January 20, 2006, and received by Standard Fire on January 23, 2006. Counsel for Mr. Zheng contends that Messrs. Soriano and Sandoval were served with process. Although Messrs. Soriano and Sandoval deny having been served, this notice of removal is being filed within 30 days after the Superior Court's issuance of process on January 19, 2006. Thus, in accordance with 28 U.S.C. § 1446(b), this Notice of Removal is being filed within 30 days after receipt by service of the Summons and Complaint, which was the initial pleading setting forth the claims for relief upon which this action is based.

3. The Complaint alleges that Mr. Zheng is a resident of the District of Columbia. Mr. Soriano is a resident of Maryland. Standard Fire is a Connecticut corporation with its principal place of business in Hartford, Connecticut. Mr. Sandoval is a resident of Maryland. The Complaint seeks damages in excess of $75,000.00.

4. This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1332(a)(1) because this action is between citizens of different states, and the amount in controversy exceeds the sum of $75,000.00.

5. Removal of this lawsuit is authorized by 28 U.S.C. § 1441(a).

6. Attached hereto as Exhibit B is a copy of the notice to the clerk of the Superior Court for the District of Columbia of the filing of this notice of removal, the original of which is being filed with the Clerk of the Superior Court for the District of Columbia, as required by 28 U.S.C. §1446(d).

7. Attached hereto as Exhibit C is a copy of the Notice to the Adverse Party of the Filing of the Notice of Removal, the original of which is being served on Plaintiff's counsel, pursuant to 28 U.S.C. § 1446(a).

8. Attached hereto as Exhibit D is Mr. Sandoval's consent to the removal of this action to this Court.

Respectfully submitted,

Arthur G. House, Bar # 161,844
Paley Rothman Goldstein Rosenberg
  Eig & Cooper
4800 Hampden Lane, 7th Floor
Bethesda, Maryland 20814-2930
Telephone: (301) 656-7603
Facsimile: (301) 654-7354
*Attorneys for Alejandro Soriano*

_[signature]_
Lee H. Ogburn, Bar No. MD 00118
Steven M. Klepper, Bar No. MD 26664
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
410.752.6030 (voice)
410.539.1269 (facsimile)
*Attorneys for The Standard Fire Insurance Company (incorrectly named as Travelers Insurance Company)*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17TH day of February, 2006, a copy of this Notice of Removal was sent by first-class mail, postage prepaid, to:

B. Marian Chou, Esquire
800 7th Street, N.W., #201
Washington, D.C. 20001

*Attorneys for Plaintiff*

Arthur G. House

06149/0/00154112.WPDv1