IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DE-YI ZHENG, | ) |
| | ) |
| Plaintiff, | )   Civil Action No. 06-0000337 |
| | )   Calendar #: ___ |
| v. | )   Judge:  Melvin R. Wright |
| | )   Next Event:   Initial Conference |
| ALEJANDRO SORIANO, et al., | )                          April 21, 2006 |
| | )                          9:30 a.m. |
| Defendants. | ) |

**WRITTEN NOTICE PURSUANT TO 28 U.S.C. § 1446(d)
OF FILING OF NOTICE OF REMOVAL IN FEDERAL COURT**

Please take notice that, pursuant to 28 U.S.C. § 1446(d), a Notice of Removal was filed on this date in the United States District Court for the District of Columbia with respect to the above-captioned matter. Attached hereto as Exhibit 1 is a true and correct copy of the Notice of Removal for filing in the Superior Court for the District of Columbia to effectuate the removal of this action to the United States District Court for the District of Columbia and to stay all further proceedings in this Court.

Respectfully submitted,

Arthur G. House, Bar # 161,844
Paley Rothman Goldstein Rosenberg
  Eig & Cooper
4800 Hampden Lane, 7th Floor
Bethesda, Maryland 20814-2930
Telephone: (301) 656-7603
Facsimile: (301) 654-7354
*Attorneys for Defendant Alejandro Soriano*

Dated: February /7, 2006

06149/0/00154156.WPDv1

FILED
FEB 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EXHIBIT
B

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of February, 2006, a copy of the Written Notice Pursuant to 28 U.S.C. § 1446(d) of Filing of Notice of Removal in Federal Court was sent by first-class mail, postage prepaid, to:

>B. Marian Chou, Esquire
>800 7th Street, N.W., #201
>Washington, D.C. 20001

*Attorneys for Plaintiff*

_____
Arthur G. House