IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DE-YI ZHENG, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 06-0000337 |
| | ) Calendar #: ___ |
| v. | ) Judge: Melvin R. Wright |
| | ) Next Event: Initial Conference |
| ALEJANDRO SORIANO, et al., | ) April 21, 2006 |
| | ) 9:30 a.m. |
| Defendants. | ) |

## NOTICE TO ADVERSE PARTY OF FILING OF NOTICE OF REMOVAL

To:  B. Marian Chou, Esquire
     800 7th Street, N.W., #201
     Washington, D.C. 20001

PLEASE TAKE NOTICE that a Notice of Removal of the above-captioned action from the Superior Court of the District of Columbia, to the United States District Court for the District of Columbia was filed on the 17th day of February, 2006, in the United States District Court for the District of Columbia. A copy of such notice is attached.

Respectfully submitted,

_____
Arthur G. House, Bar # 161,844
Paley Rothman Goldstein Rosenberg
   Eig & Cooper
4800 Hampden Lane, 7th Floor
Bethesda, Maryland 20814-2930
Telephone: (301) 656-7603
Facsimile: (301) 654-7354
*Attorneys for Defendant Alejandro Soriano*

FILED
FEB 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

06 0291

06149/0/00154154.WPDv1

EXHIBIT
C

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of February, 2006, a copy of the Notice to Adverse Party of Filing of Notice of Removal was sent by first-class mail, postage prepaid, to:

> B. Marian Chou, Esquire
> 800 7th Street, N.W., #201
> Washington, D.C. 20001
>
> *Attorneys for Plaintiff*

Arthur G. House