IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DE-YI ZHENG, | ) |
| Plaintiff, | ) |
| v. | ) Case No. _____ |
| ALEJANDRO SORIANO, et al., | ) |
| Defendants. | ) |

### CONSENT TO REMOVAL

I, Nestor Sandoval, submit this consent to removal, and state:

1. I am a resident of Maryland.

2. Although I deny that I have been served with process in this action, I consent to the removal of this action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia, and join in the notice of removal filed by the other defendants in this action.

Respectfully submitted,

_[signature]_

NESTOR SANDOVAL

Home Address: 6913 23RD AVE.
HYATTSVILLE, MD 20783

Telephone Number: (301) 728-6495

EXHIBIT D