UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DE-YI ZHENG,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No. 06-291 (GK) |
| | : | |
| **ALEJANDRO SORIANO,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

### ORDER

It is this 21st day of February, 2006, hereby

**ORDERED**, that, pursuant to LCvR 7.1, Defendant, Travelers Insurance Company, shall file its Disclosure of Corporate Affiliation and Financial Interest Certificate by **March 1, 2006**.


/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**