UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DE-YI ZHENG,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v.   : | Civil Action No. 06-291 (GK) |
| : | |
| **ALEJANDRO SORIANO,** *et al.*, : | |
| : | |
| **Defendants.** : | |

### LCvR 7.1 CORPORATE DISCLOSURE OF
### THE STANDARD FIRE INSURANCE COMPANY
### (INCORRECTLY IDENTIFIED AS TRAVELERS INSURANCE COMPANY)

I, the undersigned, counsel of record for Defendant The Standard Fire Insurance Company ("Standard Fire"), incorrectly identified as Travelers Insurance Company, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Standard Fire which have any outstanding securities in the hands of the public:

Standard Fire is a wholly owned subsidiary of Travelers Insurance Group Holdings, Inc., which is a wholly owned subsidiary of Travelers Property Casualty Corp., which is a wholly owned subsidiary of The St. Paul Travelers Companies, Inc., a publicly held corporation.

These representations are made in order that judges of this court may determine the need for recusal.

                          Respectfully submitted:

                          _____/s/_____
                          Lee H. Ogburn, Bar No. MD 00118
                          Steven M. Klepper, Bar No. MD 26664
                          KRAMON & GRAHAM, P.A.
                          One South Street, Suite 2600
                          Baltimore, Maryland  21202
                          410.752.6030 (voice)
                          410.539.1269 (facsimile)
                          *Attorneys for The Standard Fire Insurance*
                          *Company (incorrectly named as Travelers*
                          *Insurance Company)*

Dated:  February 27, 2006