IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DE-YI ZHENG                                :

      Plaintiff,                     :

      v.                              :    Case No. 1:06CV00291
                                            Judge: Gladys Kessler

MR. ALEJANDRO SORIANO, et al.   :

      Defendants.                    :

## ORDER

Upon consideration of the Consented to Motion to Withdraw Affidavit of Service filed by plaintiff, it is this _____ day of March 2006:

ORDERED, that the motion is granted; and it is further

ORDERED, that the affidavit filed by the plaintiff alleging service of process on defendant Alejandro Soriano, be, and the same hereby is, treated as withdrawn by the plaintiff; and it is further

ORDERED, that plaintiff shall be permitted to answer the complaint on or before March 14, 2006.

                                                                           _____
                                                                           United States District Judge

Agreed:


_____/s/_____
Bwo Marion Chou, Esq.
Attorney for Plaintiff Zheng

_____/s/_____
Arthur House, Esq.
Attorney for Defendant Soriano