IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DE-YI ZHENG                               :

      Plaintiff,                       :

      v.                                     :    Case No. 1:06CV00291
                                                 Judge: Gladys Kessler

ALEJANDRO SORIANO, et al.   :

      Defendants.                 :

## CONSENTED TO MOTION TO WITHDRAW AFFIDAVIT OF SERVICE

Plaintiff De-Yi Zheng, by counsel, moves to withdraw the Affidavit of Service filed by the plaintiff, which avers service of process on defendant Soriano.

The parties have agreed that, although service apparently was not made on defendant Soriano as stated in the affidavit, counsel for defendant Soriano will accept service on behalf of his client pursuant to FRCP Rule 4(d).

The parties further have agreed that defendant Soriano will respond to the complaint on or before March 14, 2006.

                                                                           /s/
                                          Bwo Marian Chou, #433279
                                          800 – 7th Street, NW
                                          Washington, DC 20001
                                          202.783.2794

Agreed and consented to:

        /s/
Arthur House #161844
4800 Hampden Lane
Suite 700
Bethesda, Maryland 20814
301.951.9334
Attorney for Defendant Alejandro Soriano

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DE-YI ZHENG                              :

       Plaintiff,                        :

       v.                                  :     Case No. 1:06CV00291
                                                        Judge: Gladys Kessler
ALEJANDRO SORIANO, et al.      :

       Defendants.

### POINTS AND AUTHORITIES IN SUPPORT OF CONSENTED TO MOTION

       1)     FRCP Rule 4 (c) requires service of the summons and complaint upon the defendant.

       2)     FRCP Rule 4 (d) allows the defendant to agree to accept service of process by mail.

       3)     The process server apparently mistakenly, but in good faith, served the summons and complaint in this case upon the wrong individual.

       4)     The plaintiff does not wish to have an incorrect affidavit in the record.

       5)     Counsel for the parties have discussed this motion by telephone in good faith and counsel for defendant Soriano consents to the grant of this motion.

       6)     Defendant Soriano has also agreed to accept service of the summons and complaint by mail, pursuant to FRCP Rule 4 (d) and to respond to the complaint by March 14, 2006.

                                                                   /s/
                                                    Bwo Marian Chou, #433279
                                                    800 – 7th Street, NW
                                                    Washington, DC 20001
                                                    202.783.2794

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DE-YI ZHENG                                       :

      Plaintiff,                                :

      v.                                        :    Case No.  1:06CV00291
                                                       Judge: Gladys Kessler
MR. ALEJANDRO SORIANO, et al.      :

      Defendants.                            :

## ORDER

Upon consideration of the Consented to Motion to Withdraw Affidavit of Service filed by plaintiff, it is this ____ day of March 2006:

ORDERED, that the motion is granted; and it is further

ORDERED, that the affidavit filed by the plaintiff alleging service of process on defendant Alejandro Soriano, be, and the same hereby is, treated as withdrawn by the plaintiff; and it is further

ORDERED, that plaintiff shall be permitted to answer the complaint on or before March 14, 2006.

                                                                                          _____
                                                                                          United States District Judge

Agreed:


_____/s/_____
Bwo Marion Chou, Esq.
Attorney for Plaintiff Zheng

_____/s/_____
Arthur House, Esq.
Attorney for Defendant Soriano