U.S. District Court
For the District of Columbia

06-CV291 GK

De-yizheng

V

Nesto Sandoval

Notice of filling

I, Lidia Grande hand delivered this complaint to Mr. Nesto Sandoval on February the 2nd at 7AM. This was never file in superior court and since the case has been removed to U.S. District Court.

RECEIVED

MAR - 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3/9/06

# Superior Court of the District of Columbia
## CIVIL DIVISION

_De.yi Zheng_ ;
_____
Plaintiff

vs.

_Nesto Sandoval_ ;
_____
Defendant

FILED
IL ACTIONS BRANCH
FEB 17 2006
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

_06-CV291GK_

Civil Action No. _06-0000337_

## AFFIDAVIT OF SERVICE BY PROCESS SERVER

I, _Lidia Garcia_ , having been
duly authorized to make service of the Summons, Complaint and Initial Order in the above entitled case, hereby depose
and say:

That my age and date of birth are as follows: _30 years old  D.O.B. 12-10-75_
_800 7th St N W #301_

That the residential or business address is : _14th + Constitution Ave_

That at _7_ o'clock a.m./p.m. on the _3rd_ day of _February_
20 _06_ .

☑ I served the above named defendant(s)   (personally) _Nesto Sandoval_
_____ (defendant's name) a copy
of the Summons, Complaint and Initial Order at _14th + Constitution Ave._
_____

☐ I served the above named defendant(s) _____
(defendant's name) by leaving a copy of the Summons, Complaint and Initial Order at his/her place of abode or business
at _____ with _____ a person of
approximately _____ years of age, who stated that he/ she resides therein with the defendant.

**If return receipt does not purport to be signed by the party named in the Summons, then state specific facts from
which the Courts can determine that the person who signed the receipt meets the appropriate qualifications for
receipt of process as required by SCR. (Civil) 4 (e) (2).**

SPECIFIC FACTS:
_____

_____
Signature

Subscribed and sworn to before me this _17th_ day of _February_ , 20 _06_

_____
Deputy Clerk/Notary Public

Form CV-2094/Jun.00