# SETTLEMENT AND RELEASE OF LIABILITY

Washington DC, December 28th, 2004

We, Mr. Zheng, Deyi, owner of the property at 1553 9th Street, Washington, DC and Mr. Alejandro Soriano, owner of the property at 1555 9th Street, NW, Washington DC, hereby agree to the following ——

<u>First</u>: Mr. Alejandro Soriano agrees to compensate Mr. Zheng, Deyi in the amount of $23,000.00 (twenty three thousand dollars) to defray the cost of repairs in Mr. Zheng's property, including the complete repair of the party wall and work in the façade of Mr. Zheng's building. ——

<u>Second</u>: Mr. Zheng, Deyi acknowledges having thoroughly inspected his property with a qualified professional and hereby declares that there is no further damage to his property, and considering that Mr. Soriano's property has been completely demolished, thus Mr. Zheng, Deyi agrees that there is no further amount or consideration that Mr. Soriano owes or will owe to him for any concept, including the future construction of Mr. Soriano's new house, adjoining to Mr. Zheng's property ——

<u>Third</u>: Mr. Zheng, Deyi agrees not to hold liable Mr. Soriano for any additional amount or consideration, being understood that all work to be performed in Mr. Zheng's property will be performed under Mr. Zheng's full responsibility. This release of responsibility granted by Mr. Zheng to Mr. Soriano includes all past, present and future construction work performed or to be performed at both 1553 and 1555 9th Street NW properties ——

<u>Fourth</u>: Mr. Zheng, Deyi hereby declares to know and have recommended the hiring of Mr. Melvin Taylor / M.T Builders to do work both at 1555 and 1553 9th Street NW properties, thus agreeing to the quality of their workmanship and also to receive payment

Page 1 of 2 - Initialed



for this contract installments Mr. Zheng, Deyi will sign with Mr. Melvin Taylor/M.T. Builders for work in Mr. Zheng's property ——

Fifth: Mr. Zheng, Deyi hereby acknowledges the receipt of a check in the amount of $4000 (four thousand dollars) as a first payment from Mr. Soriano on this contract between the two neighbors. Further, as a matter of convenience, Mr. Zheng requests that Mr. Soriano's check be made to the bearer so Mr. Zheng can extend it to the contractor of Mr. Zheng's choice ——

Signed before witnesses by:

_____ Mr. Zheng, Deyi – Owner of 1553 9th Street, NW, DC

_____ Mr. Alejandro Soriano – Owner of 1555 9th Street, NW, DC

Page 2 of 2 – Initialed