**To:** Mr. Devi Zheng  
1553 9th Street NW  
Washington, DC 20001

**From:** Alejandro Soriano  
1555 9th Street NW  
Washington, DC 20001

**Reference:** Your Property at 1553 9th Street, NW, Washington, DC

Dear Mr. Zheng:

I, Alejandro Soriano, as owner of the property at 1555 9th Street NW, am writing to you to clarify the issues concerning the damage present at your property at 1553 9th Street in Washington, DC. Each of us has a copy of the agreement signed by both of us dated December 28, 2004 concerning a settlement of the issues and a release of liability for me based on the work done by the contractor Mr. Melvin Taylor / MT Builder of Clinton, Maryland.

I would like to reiterate my agreement that I would be responsible for rebuilding the common wall between our properties and the façade of your building at that address, activities which will be hereafter referred to as "the work". In that regard, I require your permission in writing to have the work performed on your property. Should you agree, I will arrange for a licensed contractor to come onto the property and make the repairs to the common wall and to your façade.

Therefore, and in consideration of my arranging for the repair of the common wall and your façade, I would like you to agree to the following by signing a copy of this letter before a notary public and returning it back to me:

1. A reaffirmation of the document signed on December 28, 2004 wherein we agreed that I would pay for the repair of the common wall between our properties and façade of your property in full settlement of this matter.

2. You agree to terminate any contract you have with any other contractor to repair the common wall between our properties and façade of your property and release me from any co-guarantor obligation any such contractor.

3. You agree to notify any contractor that you may have engaged or contacted and advise them that, under your full authorization and responsibility, my contractor will perform the work

4. Both of us agree that once the work is completed on the repair to the common wall and façade of your home, that this will settle any and all matters between you and me and that this would be a full and final settlement for the damages to your property or any other consideration. Both parties also agree that my obligation to repair the common wall and façade of your home, specifically excludes any plumbing, electrical, mechanical, fixtures, dry-walling, roofing or any other work that is not related to the structural reconstruction of the mentioned walls. My obligation also excludes any other structural or other work that your may require at your property.

5. You acknowledge that MT Builder was solely responsible for the actual damage to your property and that you will release me from any personal liability concerning the damages caused by MT Builder. I would be granted exclusive rights to seek restitution from Melvin Taylor, M&T Builder or any related party in connection with the amounts that he has paid either to you directly under the terms of this agreement or to any contractor that I choose to repair the common wall and façade of your building.

6. You hereby confirm that you have already received from me $4,000.00 towards the damages to your property, which were paid to you by me by means of a bearer check dated December 28th, 2004. You also agree that, at my sole option, I could satisfy the remaining $19,000.00 of my obligation per our agreement by applying that amount to the repair of the common wall and reconstruction of the façade on your property. For the purposes of our settlement work at the common wall will be appraised at $19,000.00 and work at the façade will be appraised at $4,000.00, for a total value of $23,000.00 as stipulated in our settlement.

Page 1 of 2


EXHIBIT 2

Initialed: _____ _____

7. You agree that after completion, a third party inspection of the common wall and/or façade will satisfy as full compliance by me of any and all claims that you may have against me directly or indirectly and satisfy all matters between the parties.

8. Given the dangerous condition and structural compromise of your building, I require that by signing this letter you grant me and any contractor by me designated your permission to have this work performed on your property under a full release clause that holds me and any of the contractors by me designated not liable in any way or form for any potential damage or accident that may occur in connection with the performance of the work.

9. I will exercise my best efforts to have reconstruction and repair of the common wall and façade of your property completed by May 31, 2005. Should the work be delayed for any reasons beyond my control, such as governmental delays for permits or inspections or any other delay not directly caused by me, you agree that I will retain the option to revert to the original agreement as is between the parties, by remitting the balance due to you via certified mail to your legal address.

10. You hereby declare to be the sole owner of the property and, should you decide to sell the property before the work is completed, you agree that I would be released from any and all further liabilities to you or any third parties who would purchase the property from you.

11. You agree not to submit this matter to your insurance company and to void any previous claim submissions which would represent a duplication of my agreement to make the repairs to the common wall and façade of your building and which could then allow the insurance companies to subrogate this matter against me. This would avoid a double reimbursement to you both by my agreement to make repairs and your insurance company paying a claim and then seeking additional reimbursement from me. Should any such claims occur, you hereby agree to be fully responsible before the insurance companies and reimburse immediately to them any cost or amount on my behalf, thus releasing me from any and all responsibility and / or liability before any insurer or any other third party.

12. You expressly agree that I would be allowed under this agreement to seek any and all reimbursements through MT Builder, their insurers, bonding agents or any other source of reimbursement to me for my costs of the reconstruction of the common wall and façade of your building.

_____    date 3/18/2005
Alejandro D. Soriano

Please advise me at your earliest convenience if these terms are acceptable to you. If they are, please fax back a copy of this letter signed in the appropriate place as indicated below. Should you have any questions regarding this matter, please feel free to contact me.

Having read the above stipulations of settlement concerning the matter of reconstruction of the common wall and façade of my building as a restitution of the damages caused by Melvin Taylor and/or MT Builder, and having been adequately advised, I agree to the above stipulations and have a full understanding of this agreement and consent to have Mr. Soriano make the repairs as indicated in the above paragraphs.

_____    date 3/18/2005
Devi Zheng

District of Columbia
Subscribe and sworn to before me this 18TH day of MARCH, 2005

Maria Perez-Molina
Notary Public District of Columbia
My Commission Expires 4/30/2099

Page 2 of 2                                    Initialed: _____ _____