UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DE-YI ZHENG, :
:
      Plaintiff, :
:
v. : Civil Action No. 06-291 (GK)
:
ALEJANDRO SORIANO, *et al.*, :
:
      Defendants. :

### CONSENT TO PROCEED BEFORE
### A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

Respectfully submitted:

_____/s/_____
B. Marian Chou, #433279
800 7th Street, NW, Suite #201
Washington, DC 20001
Phone: 202-783-2794
Facsimile: (202) 898-1995
*Attorney for Plaintiff De-Yi Zheng*

_____/s/_____
Arthur G. House, Bar # 161,844
Paley Rothman Goldstein Rosenberg
   Eig & Cooper
4800 Hampden Lane, 7th Floor
Bethesda, Maryland 20814-2930
Telephone: (301) 656-7603
Facsimile: (301) 654-7354
*Attorneys for Alejandro Soriano*

_____/s/_____
Lee H. Ogburn, Bar No. MD 00118
Steven M. Klepper, Bar No. MD 26664
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
410.752.6030 (voice)
410.539.1269 (facsimile)
*Attorneys for The Standard Fire Insurance Company (incorrectly named as Travelers Insurance Company)*

Dated: March 22, 2006