IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DE-YI ZHENG | : | |
|     Plaintiff, | : | |
| v. | : | Case No. 1:06CV00291 (GK) |
| MR. ALEJANDRO SORIANO et al. | : | |
|     Defendants. | : | |

## JOINT MEET AND CONFER STATEMENT

The parties to the above-captioned action conducted their LCvR 16.3 conference by telephone on March 22, 2006, and submit this report.

**A.      Summary of Case**

Plaintiff De-Yi Zheng seeks to recover against Defendant Alejandro Soriano with respect to the collapse of a shared wall of their neighbouring houses, which Plaintiff alleges lead to an order from the District of Columbia government to raze Zheng's house.  Alternatively, Mr. Zheng contends that Defendant The Standard Fire Insurance Company (identified in the complaint as Travelers Insurance Company) wrongly denied coverage for the collapse under the homeowner's policy issued to Mr. Zheng.  Mr. Soriano has counter-claimed against Mr. Zheng, alleging breach of contract, malicious use of process, intentional destruction of property, conspiracy, violation of contractor license requirements, negligence and fraud against Mr. Zheng.

These claims are before the Court by virtue of diversity of citizenship among the parties. The claims and defenses generally are matters of common law, not statutory law, except that one of Mr. Soriano's counterclaims is based on alleged violations of DC Code §§ 47-2842, 47-2844 and 28-3905.

**B.   Proposed Schedule**

The parties propose that this case be assigned to Track Two and, therefore, propose the following dates:

| | |
|---|---|
| Exchange Witness Lists | April 24, 2006 |
| Initial Disclosures | April 24, 2006 |
| Deadline for Post-R.26(a) Discovery Requests | May 8, 2006 |
| Deadline to Amend Pleadings and Join Parties | May 23, 2006 |
| Proponent's R.26(a)(2) Statements | May 23, 2006 |
| Opponent's R.26(a)(2) Statements | June 22, 2006 |
| All discovery closed | July 24, 2006 |
| Deadline for filing motions | August 21, 2006 |
| Pretrial Conference | One month after ruling on motions for summary judgment |

**C.   LCvR 16.3 Topics**

(1)   Defendants intend to file motions for summary judgment on plaintiffs' claims against them at the close of discovery.

(2)   The parties propose a deadline of May 23, 2006, to join parties and amend the pleadings.

(3)   The parties have consented to referral of this case to a magistrate for all purposes and will file a separate consent form.

(4)   The parties believe that settlement is possible, although further factual development through discovery is necessary.

(5)   The parties believe that the case could benefit from ADR and propose mediation before a United States Magistrate Judge soon after the close of discovery (July 24) and before the deadline for dispositive motions (August 21).

(6)   The parties propose a dispositive motions deadline of August 21, 2006, with oppositions and replies due according to the ordinary schedule set forth in LCvR 7.

(7)   The parties wish to waive initial disclosures, except for the identification of individuals pursuant to Fed. R. Civ. P. 26(a)(1)(A).  Such disclosures will be due on April 24, 2006.

(8)   The parties propose the discovery schedule set forth in section B above.

(9)   The parties propose the expert discovery schedule set forth in section B above.

(10)  Not applicable.

(11)  The parties do not see any need for bifurcation.

(12)  The parties propose that the Court hold a pretrial conference approximately one month after ruling on Defendants' dispositive motions.

(13)  The parties prefer that the Court set a trial date at the final pretrial conference.

(14)  There are no other matters that the parties wish to address in this report.

Respectfully submitted:

_____/s/_____
B. Marian Chou, #433279
800 7th Street, NW, Suite #201
Washington, DC 20001
Phone: 202-783-2794
Facsimile: (202) 898-1995
*Attorney for Plaintiff De-Yi Zheng*


_____/s/_____
Arthur G. House, Bar # 161,844
Paley Rothman Goldstein Rosenberg
  Eig & Cooper
4800 Hampden Lane, 7th Floor
Bethesda, Maryland 20814-2930
Telephone: (301) 656-7603
Facsimile: (301) 654-7354
*Attorneys for Alejandro Soriano*


_____/s/_____
Lee H. Ogburn, Bar No. MD 00118
Steven M. Klepper, Bar No. MD 26664
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
410.752.6030 (voice)
410.539.1269 (facsimile)
*Attorneys for The Standard Fire Insurance Company (incorrectly named as Travelers Insurance Company)*

Dated: March 22, 2006