UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DE-YI ZHENG,** | : |
| | : |
|         **Plaintiff,** | : |
| | : |
|         v. | :  Civil Action No. 06-291 (DAR) |
| | : |
| **ALEJANDRO SORIANO,** *et al.*, | : |
| | : |
|         **Defendants.** | : |

**CONSENT MOTION TO SUBSTITUTE DEFENDANT**

Defendant The Standard Fire Insurance Company, incorrectly named in the Complaint as Travelers Insurance Company, submits this consent motion to substitute defendant, and states:

1.    The Standard Fire Insurance Company issued to Plaintiff the insurance policy that is the subject of Plaintiff's claims. Travelers Insurance Company has no connection to the present lawsuit.

2.    The Standard Fire Insurance Company, therefore, should be substituted in place of Travelers Insurance Company as the insurer defendant in this action.

3.    Counsel for Plaintiff and for Defendant Alejandro Soriano have indicated that those parties consent to the relief requested in the present motion.

WHEREFORE, The Standard Fire Insurance Company requests that it be substituted in place of Travelers Insurance Company as a party defendant, that all references to "Travelers Insurance Company" in Plaintiff's Complaint in this action be deemed changed to "The Standard Fire Insurance Company," and that The Standard Fire Insurance Company be the defendant insurer identified in the caption of this case from this point forward.

                                                Respectfully submitted:

                                                _____/s/_____
                                                Lee H. Ogburn, Bar No. MD 00118
                                                Steven M. Klepper, Bar No. MD 26664
                                                KRAMON & GRAHAM, P.A.
                                                One South Street, Suite 2600
                                                Baltimore, Maryland  21202
                                                410.752.6030 (voice)
                                                410.539.1269 (facsimile)
                                                *Attorneys for The Standard Fire Insurance Company (incorrectly named as Travelers Insurance Company)*

Dated: April 7, 2006