UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DE-YI ZHENG,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No. 06-291 (DAR) |
| | : | |
| **ALEJANDRO SORIANO,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## CONSENT MOTION TO SUBSTITUTE DEFENDANT

Upon consideration of the Consent Motion to Substitute Defendant, it is, this _____ day of _____, 2006, hereby

ORDERED that The Standard Fire Insurance Company is substituted in place of Travelers Insurance Company as a party defendant, that all references to "Travelers Insurance Company" in Plaintiff's Complaint in this action are deemed changed to "The Standard Fire Insurance Company," and that The Standard Fire Insurance Company shall be the defendant insurer identified in the caption of this case from this point forward.

**SO ORDERED.**

_____
Deborah A. Robinson
United States Magistrate Judge

06149/0/00158835.WPDv1