UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DE-YI ZHENG, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-291 (DAR) |
| | : | |
| ALEJANDRO SORIANO, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## JOINT MOTION TO STAY ACTION
## PENDING CONSUMMATION OF CONTINGENT SETTLEMENT

The parties to the above-captioned action, by their undersigned attorneys, move to stay this action pending consummation of a tentative settlement, and state:

1.  Plaintiff De-Yi Zheng, who owns a property located at 1553 9th Street, N.W., Washington, D.C., brought this action against Alejandro Soriano, who owns a property located at 1555 9th Street, N.W., Washington, D.C., and Mr. Zheng's property insurer, The Standard Fire Insurance Company, seeking to recover for damages to 1553 9th Street property.

2.  The parties have agreed to the terms of a settlement of this entire controversy. Such settlement is contingent upon the closing of a sale of the 1555 9th Street property from Mr. Soriano to a third party.

3.  Pending the closing of the sale, the parties wish to conserve their resources and the resources of the Court. Accordingly, the parties ask that the Court stay this action in its entirety, including the running of all deadlines set forth in the Court's Scheduling Order (Doc. 14).

4.  The closing is scheduled to occur on or about May 30, 2006. The parties will provide a written status report to the Court by June 7, 2006.

{06149/0/00161445.DOCv1}

WHEREFORE, the parties respectfully request that the Court stay this action in its entirety.

Respectfully submitted:

| | |
|---|---|
| _____/s/ *B. Marian Chou* (by permission)_____ <br> B. Marian Chou, #433279 <br> 800 7th Street, NW, Suite #201 <br> Washington, DC 20001 <br> Phone: 202-783-2794 <br> Facsimile: (202) 898-1995 <br> *Attorney for Plaintiff De-Yi Zheng* | _____/s/ *Steven Klepper*_____ <br> Lee H. Ogburn, Bar No. MD 00118 <br> Steven M. Klepper, Bar No. MD 26664 <br> Kramon & Graham, P.A. <br> One South Street, Suite 2600 <br> Baltimore, Maryland  21202 <br> 410.752.6030 (voice) <br> 410.539.1269 (facsimile) <br> *Attorneys for The Standard Fire Insurance Company (incorrectly named as Travelers Insurance Company)* |
| _____/s/ *Arthur G. House* (by permission)_____ <br> Arthur G. House, Bar # 161844 <br> Paley Rothman Goldstein Rosenberg <br>   Eig & Cooper <br> 4800 Hampden Lane, 7th Floor <br> Bethesda, Maryland 20814-2930 <br> Telephone: (301) 656-7603 <br> Facsimile: (301) 654-7354 <br> *Attorneys for Alejandro Soriano* | |

Dated:  May 3, 2006