UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DE-YI ZHENG, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-291 (DAR) |
| | : |
| ALEJANDRO SORIANO, *et al.*, | : |
| | : |
| Defendants. | : |

ORDER STAYING ACTION
PENDING CONSUMMATION OF CONTINGENT SETTLEMENT

Upon consideration of the parties' joint motion to stay, it is, this _____ day of May, 2006, hereby

ORDERED that this action is STAYED; and it is further

ORDERED that the parties provide the Court a written status report on or before June 7, 2006.

**SO ORDERED.**

_____
Deborah A. Robinson
United States Magistrate Judge

{06149/0/00163819.DOCv1}