June 7, 2006

**By Electronic Filing**

The Honorable Deborah A. Robinson
United States Magistrate Judge
United States District Court for
  the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC  20001

>     Re:    *De-Yi Zheng v. Alejandro Soriano et al.*, United States District Court
>              for the District of Columbia, Civil Action No. 06-291

Dear Judge Robinson:

    I write pursuant to the Court's Minute Order of May 4, 2006, granting the parties' motion to stay this action and requiring a status report by this date.  As stated in that motion, the parties had reached a settlement that was contingent upon the sale of a property.

    The sale of the property has proceeded to closing.  The parties will be submitting a stipulation of dismissal shortly.

>                                  Sincerely,
>
>                                   /s/
>
>                                  Steven M. Klepper

SMK/smk
cc:    All Other Counsel (by electronic filing)

06149/0/00174558.WPDv1