UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DE-YI ZHENG,                                :
                                            :
        Plaintiff,                          :
                                            :
v.                                          :    Civil Action No. 06-291 (DAR)
                                            :
ALEJANDRO SORIANO, *et al.*,                :
                                            :
        Defendants.                         :

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a), the parties to the above-captioned action, by their undersigned attorneys, hereby stipulate to the dismissal of this action with prejudice.

Respectfully submitted:

\_\_\_\_\_/s/ *B. Marian Chou* (by permission)\_\_\_\_\_
B. Marian Chou, #433279
800 7th Street, NW, Suite #201
Washington, DC 20001
Phone: 202-783-2794
Facsimile: (202) 898-1995
*Attorney for Plaintiff De-Yi Zheng*

\_\_\_\_\_/s/ *Steven Klepper*\_\_\_\_\_
Lee H. Ogburn, Bar No. MD 00118
Steven M. Klepper, Bar No. MD 26664
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
410.752.6030 (voice)
410.539.1269 (facsimile)
*Attorneys for The Standard Fire Insurance Company (incorrectly named as Travelers Insurance Company)*

\_\_\_\_\_/s/ *Arthur G. House* (by permission)\_\_\_\_\_
Arthur G. House, Bar # 161844
Paley Rothman Goldstein Rosenberg
  Eig & Cooper
4800 Hampden Lane, 7th Floor
Bethesda, Maryland 20814-2930
Telephone: (301) 656-7603
Facsimile: (301) 654-7354
*Attorneys for Alejandro Soriano*

Dated: July 3, 2006

{06149/0/00179465.DOCv1}